

August 1, 2022

**Delivered via ECF**

Judge Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Blum v. Relin, Goldstein & Crane, LLP
              Case No.: 22-cv-01312-NGG-TAM

Dear Judge Garaufis:

We represent the defendant, Relin, Goldstein & Crane, LLP ("RGC"), in the above-referenced matter.

We write to advise Your Honor that the parties have reached a settlement in connection with this matter. Additionally, the parties respectfully request forty-five days to finalize the terms of the settlement agreement and file a stipulation of discontinuance with the Court.

Thank you for Your Honor's consideration.

                            Respectfully Submitted,

                            Ropers Majeski PC

                            *S/ John W. Hanson /*

                            John W. Hanson

JWH/ja

cc:    Joseph Y. Balisok (Via ECF)
       Law Office of Joseph Y. Balisok, P.C.
       *Attorneys for Plaintiff*

**Application granted.
So Ordered.**
s/Nicholas G. Garaufis
Hon. Nicholas G. Garaufis
Date: 8/1/22

COSTA MESA   LAS VEGAS   LOS ANGELES   MENLO PARK   NEW YORK   PARIS   SAN FRANCISCO   SAN JOSE

ropers.com